IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PAULETTA BROWN                                 PLAINTIFF

    vs.                CASE No. 04-2284

ARKANSAS HIGHWAY &
TRANSPORTATION DEPT.                    DEFENDANT

### **ORDER**

Now on this 10th day of July, 2006, there comes on for consideration a motion to dismiss (doc. #15) filed on July 7, 2006 in above-styled and numbered cause. The Court finds that the motion to dismiss should be GRANTED and the above styled case is hereby DISMISSED with prejudice with each party to bear their own costs and fees.

    IT IS SO ORDERED.

                                          /S/ *Robert T. Dawson*
                                              Robert T. Dawson
                                              United States District Judge